UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 12-CR-37

MATHEW LEMBERGER,

    Defendant.

## ORDER DENYING RECONSIDERATION

On June 27, 2016, the Court issued its written order granting the Government's motion to authorize payment from Mathew Lemberger's inmate trust account for payment of his restitution. Lemberger filed a reply two days later and a motion for reconsideration on July 8th. The Court has considered his reply and his motion for reconsideration and remains convinced that the Government's motion should be granted. Accordingly, the motion for reconsideration is denied.

SO ORDERED this __14th__ day of July, 2016.

                                                                              s/ William C. Griesbach
                                                                              William C. Griesbach, Chief Judge
                                                                              United States District Court